*C. Fletcher*, *O. Butler*, and *S. Yandes*, for the appellee.

---

DENNIS *v.* DENNIS.—On appeal.

*Thursday, December* 11.

IN a suit in chancery for dower, it must appear that the complainant's husband was seised of the premises at some time during the coverture, or she cannot recover.